UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANGELA NAILS,                     )
                                  )
        Plaintiff,                )
                                  )
v.                                )    CV421-158
                                  )
CHATHAM COUNTY                    )
SHERIFF OFFICE,                   )
                                  )
        Defendant.                )

## ORDER

Plaintiff, appearing *pro se*, has submitted a complaint alleging that she was unlawfully detained. Doc. 1. She seeks to proceed *in forma pauperis* (IFP). Doc. 2. The information provided in support of the application is incomplete and vague. Plaintiff is, therefore, **DIRECTED** to file a supplemental application.

Plaintiff identifies herself as "a student." Doc. 2 at 1. She represents that she earns $1,224 in wages, though she fails to identify from where and how frequently she receives payments. *Id*. She claims additional income from other sources, including disability or worker's compensation payments, but, again, does not provide the specific sources

or amounts, despite being unambiguously instructed to do so. *Id.* at 1–2. In response to two questions, plaintiff responded "excempt" [sic]. *Id.* She has provided no reason, and the Court is aware of none, for this exemption or why she is not required to account for the existence and value of her assets.[1]  Finally, when asked to identify any monthly expenses, she claimed a general expenditure of $1,000, without providing any suggestion for what that cost might encompass. *Id.* at 2.

The ambiguities and omissions of plaintiff's IFP application make it impossible for the Court to judge the veracity of her claim of indigency. Plaintiff is **DIRECTED** to file a supplemental application to proceed IFP within fourteen days of this Order.  The Clerk of Court is **DIRECTED** to include with this Order a copy of the long form Application to Proceed in District Court Without Prepaying Fees or Costs (AO239).  In completing the supplemental application, plaintiff must answer every question to the

---

[1] Plaintiff has similarly claimed exemptions in other cases. *See Nails v. Savannah Plastic Surgery*, CV4:21-153, doc. 2 (S.D. Ga May 14, 2021); *Nails v. City Chatham Cnty. Tax Comm'n.*, CV4:21-032, doc. 2 at 2 (S.D. Ga. Feb. 3, 2021); *Nails v. Chatham Cnty. Tax Comm'n.*, CV4:21-033, doc. 2 at 2 (S.D. Ga Feb. 3, 2021); *Nails v. Doing Business as Nails*, MC4:20-009 (S.D. Ga. Nov. 4, 2020). The Court presumes, based on plaintiff's *pro se* status in each of these cases, that she was not attempting to conceal or obfuscate her financial status from the Court; however, as the Court has now clarified plaintiff's obligations when seeking IFP status, it will not tolerate future attempts avoid providing requested information.

best of her ability. If she lacks the requested information, she should reflect the lack of knowledge in her response and provide her best estimation of the requested amount.

**SO ORDERED**, this 21th day of May, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA